# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHANIEL DILL** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 25-3397** |
| | : | |
| **80-LOWER**, *et al.* | : | |

## ORDER

This 22nd day of December, 2025, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF 6, is **DENIED**. Additionally, Plaintiff is **GRANTED** ninety (90) days within which to conduct jurisdictional discovery concerning Defendant Myers and shall submit briefing on the issue of personal jurisdiction at the end of that period. Mr. Myers' response shall be due fourteen (14) days thereafter.

    /s/ Gerald Austin McHugh
United States District Judge