**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NATHANIEL DILL** | : | |
| *Administrator of the Estate of* | : | |
| *DYMIR STANTON, deceased* | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-3397** |
| | : | |
| **80-LOWER, ET AL.** | : | |

## ORDER

This 26th day of March, 2026, at the request of the parties, it is hereby **ORDERED** that

Plaintiff is **GRANTED** an additional 60 days from the date of this Order to conduct

jurisdictional discovery concerning Defendant Myers.  Plaintiff's briefing on the issue of

personal jurisdiction is due on **May 26, 2026**, and Defendant Myers' response shall be due

fourteen (14) days thereafter.  No additional extensions will be granted absent exceptional

circumstances.


 /s/ Gerald Austin McHugh
United States District Judge