**LAW OFFICES OF ANDREW TEITELMAN P.C.**
**BY:  ANDREW TEITELMAN**
Identification No. 43545
380 Red Lion Avenue, Ste. 103
Huntingdon Valley, PA 19006                          Attorneys for Defendant
Ph: 267-255-6864, Ext. 210    Fx: 215-434-7491       80-LOWER, Tactical Gear
E-mail: ateitelman@teitelaw.com                      Heads LLC and Chad Myers

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATHANIEL DILL**<br>**Plaintiff,**<br><br>**v.**<br><br>**80-LOWER, et al.,**<br>**Defendants.** | **CIVIL ACTION**<br><br>**No.  25-cv-03397** |

### SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

Defendant **Tactical Gear Heads, LLC**, by and through undersigned counsel, files this Suggestion of Bankruptcy and Notice of Automatic Stay, and states as follows:

1.      Tactical Gear Heads, LLC is a defendant in the above-captioned civil action.

2.      Tactical Gear Heads, LLC has filed a petition for relief under the United States Bankruptcy Code.

3.      Notice of the bankruptcy filing has been provided in this action. A true and correct copy of the Notice of Bankruptcy is attached hereto as **Exhibit A**.

4.      Pursuant to **11 U.S.C. § 362(a)**, the filing of the bankruptcy petition operates as an automatic stay of the commencement or continuation of judicial proceedings against Tactical Gear Heads, LLC, including the above-captioned matter, except as otherwise ordered by the Bankruptcy Court or as otherwise provided by law.

5.      Tactical Gear Heads, LLC therefore suggests its bankruptcy upon the record and respectfully gives notice that this action is stayed as to Tactical Gear Heads, LLC.

RESPECTFULLY SUBMITTED:
Law Offices of Andrew Teitelman P.C.


BY:_____

Andrew Teitelman
PA Attorney ID No. 43545
380 Red Lion Road, Ste. 103
Huntingdon Valley, PA  19006
Ph: 267-255-6864
E-mail: ateitelman@teitelaw.com
***Attorneys for Defendants 80-Lower,
Tactical Gear Heads LLC, and Chad Myers***

Dated: May 11, 2026

## <u>CERTIFICATE OF SERVICE</u>

I, Andrew Teitelman, hereby certify that a true and correct copy of the Suggestion of

Bankruptcy of Tactical Gear Heads was filed with the Clerk of Court for the United States

District court for the Eastern District of Pennsylvania on the date below and served upon all

counsel of record via the Court's ECF system, where the motion is available for viewing and

downloading.

RESPECTFULLY SUBMITTED:

LAW OFFICES OF ANDREW TEITELMAN P.C.

BY*: /s/ Andrew Teitelman*
        Andrew Teitelman
        PA Attorney ID No. 43545
        380 Red Lion Road, Ste. 103
        Huntingdon Valley, PA  19006
        Ph: 267-255-6864
        E-mail: ateitelman@teitelaw.com
        ***Attorneys for Defendants 80-Lower,***
        ***Tactical Gear Heads LLC, and Chad Myers***

Dated: May 11, 2026