### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATHANIEL DILL                                 :
*Administrator of the Estate of*               :
*DYMIR STANTON, deceased*                      :
                                               :
         v.                                    :         CIVIL ACTION NO. 25-3397
                                               :
80-LOWER, ET AL.                               :

### ORDER

This 10th day of June, 2026, the Court finding that the pending bankruptcy stay does not relieve Defendant Chad Myers of his obligation to provide discovery, it is hereby **ORDERED** that Plaintiff's Motion to Compel, ECF 16, is **GRANTED,** and Mr. Myers shall appear for deposition within fourteen  days or suffer appropriate sanctions to be decided by the Court.

In view of this delay, it is further **ORDERED** that Plaintiff is granted an additional 60 days from the date of this Order to conduct jurisdictional discovery concerning Defendant Chad Myers and file Plaintiff's brief on the issue of personal jurisdiction.

 /s/ Gerald Austin McHugh
United States District Judge