**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NATHANIEL DILL** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 25-3397** |
| | : | |
| **80-LOWER, *et al.*** | : | |

**ORDER**

This 29th day of October, 2026, it is hereby **ORDERED that** Defendant Chad Myers' Motion to Dismiss for lack of personal jurisdiction, ECF 6[1], as supplemented by ECF 19, is **GRANTED**, and he is dismissed from this case.

/s/ Gerald Austin McHugh
United States District Judge

[1] This Court's Order of December 22, 2025, ECF 13, left one issue unresolved.